(133 So. 923)

## Henry CULVERHOUSE v. STATE.
### 4 Div. 741.

Court of Appeals of Alabama.
April 7, 1931.

RICE, J.
Appeal dismissed.

(135 So. 920)

## W. S. CUMMINGS v. STATE.
### 8 Div. 320.

Court of Appeals of Alabama.
June 30, 1931.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.
The evidence in this case was in conflict. That for the state tending to prove that the defendant and his wife were in the possession of three gallons of whisky, and that for the defendant tending to prove that the whisky was owned by and was in possession of a brother-in-law, who was temporarily staying with defendant and his wife. The trial judge had all the parties before him, and, giving to his finding the presumptions to which they are entitled under the law, his judgment is affirmed.

Let the judgment be affirmed.
Affirmed.

(129 So. 923)

## Thomas CUNNINGHAM v. STATE.
### 7 Div. 670.

Court of Appeals of Alabama.
June 17, 1930.

BRICKEN, P. J.
Appeal dismissed.

(137 So. 918)

## Floyd CURTIS v. STATE.
### 8 Div. 424.

Court of Appeals of Alabama.
Nov. 3, 1931.

J. L. Orman, of Russellville, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.
Appeal dismissed.

(138 So. 921)

## Willis DABBS v. STATE.
### 6 Div. 121.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Affirmed.

(131 So. 916)

## Kennie DANIEL v. STATE.
### 6 Div. 951.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.
Affirmed on authority of Roy Barger v. State, ante, p. 611, 131 So. 913.

(137 So. 918)

## Lula DANIEL v. STATE.
### 4 Div. 875.

Court of Appeals of Alabama.
Nov. 10, 1931.

RICE, J.
Appeal dismissed.